# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DOUGLAS M. JACKSON, SR.,

    Plaintiff,

v.                                                       CASE NO. 4:06cv317-RH/AK

JEB BUSH, et al.,

    Defendants.

_____/

## ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS
## AND SETTING DEADLINE FOR PAYMENT OF FILING FEE

    This matter is before the court on the magistrate judge's report and recommendation (document 10), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court. Plaintiff's motion for leave to proceed in forma pauperis (document 2) is DENIED. By November 2, 2006, plaintiff shall pay file the filing fee of $350. If plaintiff pays the filing fee, the clerk shall refer the file to the magistrate judge

for further proceedings.  If plaintiff fails to pay the filing fee, the clerk shall refer the file to the undersigned district judge for entry of an order of dismissal.

 SO ORDERED this 2d day of October, 2006.

s/Robert L. Hinkle
Chief United States District Judge
